B1 (Official Form 1) (04/13)

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court</b><br><b>Western District of Virginia</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Parham Construction Company.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **54-1312736** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1766 Scottsville Road**<br>**Charlottesville, VA**<br>ZIPCODE **22902** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Albemarle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**1766 Scottsville Road, Charlottesville, VA**                    ZIPCODE **22902**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____<br><b>Chapter 15 Debtor</b><br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>_____<br><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                          Nonmain Proceeding<br><br>_____<br><b>Nature of Debts</b><br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (04/13)**                                                                                           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Parham Construction Company.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                            Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Parham Construction Company.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Douglas E. Little*<br>   Signature of Attorney for Debtor(s)<br><br>**Douglas E. Little 15238**<br>**Douglas E. Little, Attorney at Law**<br>**710 East High Street, P.O. Box 254**<br>**Charlottesville, VA  22902**<br>**(434) 977-4500  Fax: (434) 293-5727**<br>**DELittleEsq@aol.com**<br><br><br><br>**June  3, 2015**<br>   Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Ronald E. Parham*<br>   Signature of Authorized Individual<br><br>**Ronald E. Parham**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**June  3, 2015**<br>   Date | X _____<br>   Signature<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Virginia

IN RE:                                                          Case No. _____

Parham Construction Company.                                   Chapter **11**
_____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Carter Machinery**<br>P.O. Box 11801<br>Charlotte, NC  28275 | **C. Wiley Grandy, Esq.**<br>**150 W. Main St., Ste. 1500**<br>**Norfolk, VA  23510** | | | **802,522.42** |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | | | **591,067.58** |
| **Tiger Fuel Company**<br>P.O. Box 1607<br>Charlottesville, VA  22902 | | | | **336,765.25** |
| **Shenandoah Valley Landscaping**<br>194 Lee Hwy<br>Verona, VA  24482 | | | | **192,320.00** |
| **S. L. Williamson, Inc.**<br>P.O. Box 648<br>Charlottesville, VA  22902 | | | | **112,474.88** |
| **Fortilone Waterworks**<br>P.O. Box 538388<br>Atlanta, GA  30353 | | | | **96,919.03** |
| **Charlottesville Stone Co.**<br>P.O. Box 8425<br>Roanoke, VA  24014 | | | | **79,067.28** |
| **WBS Precast**<br>2001 Millwood Pike<br>Winchester, VA  22602 | | | | **77,133.24** |
| **Wilson Ready Mix**<br>P.O. Box 1347<br>Harrisonburg, VA  22803 | | | | **63,344.89** |
| **RSG Landscaping & Lawncare**<br>P.O. Box 110<br>Concord, VA  24538 | | | | **61,270.00** |
| **Luck Stone Corp**<br>P.O. Box 29682<br>Richmond, VA  23242 | | | | **39,545.03** |
| **Allied Concrete**<br>P.O. Box 1647<br>Charlottesville, VA  22902 | | | | **38,158.48** |
| **County Of Albemarle**<br>401 McIntire Road<br>Charlottesville, VA  22902 | | | | **31,612.40** |
| **Virginia Department Of Taxation**<br>P.O. Box 1880<br>Richmond, VA  23218 | | | | **25,000.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Tri-State Utilities**<br>**2111 Smith Ave.**<br>**Chesapeake, VA  23320** | **21,340.00** |
| **Quality Tire Services**<br>**1766 Scottsville Road**<br>**Charlottesville, VA  22902** | **19,653.34** |
| **Ferguson Enterprises**<br>**505 Garrett St.**<br>**Charlottesville, VA  22902** | **16,087.57** |
| **Phillip Quillon**<br>**122 Azalea Dr**<br>**Charlottesville, VA  22903** | **13,980.00** |
| **Eastern Supply Inc.**<br>**P.O. Box 1445**<br>**Winchester, VA  22603** | **13,788.40** |
| **Hawkins Graves, Inc.**<br>**P.O. Box 11675**<br>**Lynchburg, VA  24506** | **12,935.11** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June  3, 2015**                    Signature: ***/s/ Ronald E. Parham***

**Ronald E. Parham, President**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** <u>Parham Construction Company.</u>        Case No. _____

                          Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Old Dominion National Bank**<br>**4916 Plank  Road**<br>**North Garden, VA  22959** | | | **Loan**<br><br><br><br>VALUE $ **5,462,707.01** | | | | **1,584,333.07** | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

     **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **1,584,333.07** | $ |
| Total<br>(Use only on last page) | $ **1,584,333.07** | $ |

                                                    (Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Parham Construction Company.** _____    Case No. _____
                      Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Parham Construction Company.                          Case No. _____
_____
                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**County Of Albemarle** <br>**401 McIntire Road** <br>**Charlottesville, VA  22902** | | | **Personal property taxes** | | | | 31,612.40 | 31,612.40 | |
| ACCOUNT NO. <br><br>**Internal Revenue Service** <br>**P.O. Box 7346** <br>**Philadelphia, PA  19101-7346** | | | **Payroll taxes** | | | | 591,067.58 | 591,067.58 | |
| ACCOUNT NO. <br><br>**Virginia Department Of Taxation** <br>**P.O. Box 1880** <br>**Richmond, VA  23218** | | | **Payroll taxes** | | | | 25,000.00 | 25,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ **647,679.98**   $ **647,679.98**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **647,679.98**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **647,679.98**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Parham Construction Company.**                                         Case No. _____
_____                                              (If known)
               Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Add Equipment**<br>**P.O. Box 612**<br>**Gretna, VA  24557** | | | **Trade claim** | | | | 6,500.00 |
| ACCOUNT NO.<br><br>**Allied Concrete**<br>**P.O. Box 1647**<br>**Charlottesville, VA  22902** | | | **Trade claim** | | | | 38,158.48 |
| ACCOUNT NO.<br><br>**Allied Portable Toilets**<br>**P.O. Box 939**<br>**Crozet, VA  22932** | | | **Trade claim** | | | | 1,977.12 |
| ACCOUNT NO.<br><br>**Aqua Air**<br>**627 Dice St**<br>**Charlottesville, VA  22903** | | | **Trade claim** | | | | 240.00 |

_____ **9** continuation sheets attached

Subtotal
(Total of this page)   $   **46,875.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Parham Construction Company.      Case No. _____
              Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Asbestco Inc. <br> P.O. Box 367 <br> Palmyra, VA  22963 | | | Trade claim | | | | 3,900.00 |
| ACCOUNT NO. <br><br> Auto Zone <br> P.O. Box 791409 <br> Baltimore, MD  21279 | | | Trade claim | | | | 222.76 |
| ACCOUNT NO. <br><br> Better Living <br> P.O. Box 7627 <br> Charlottesville, VA  22906 | | | Trade claim | | | | 346.35 |
| ACCOUNT NO. <br><br> Blakeley Greenhalgh <br> 636 Park St. <br> Charlottesville, VA  22902 | | | Loan | | | | 40,000.00 |
| ACCOUNT NO. <br><br> Bobby Parham <br> 2545 Thomas Jefferson Pkwy <br> Charlottesville, VA  22902 | | | Loan | | | | 91,000.00 |
| ACCOUNT NO. <br><br> Carter Machinery <br> P.O. Box 11801 <br> Charlotte, NC  28275 | | | Trade claim | | | | 802,522.42 |
| ACCOUNT NO. <br><br> C. Wiley Grandy, Esq. <br> 150 W. Main St., Ste. 1500 <br> Norfolk, VA  23510 | | | Assignee or other notification for: <br> Carter Machinery | | | | |

Sheet no. **1** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **937,991.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Parham Construction Company.     Case No. _____
<br>_____
Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Central Battery Specialists** <br> **946 Grady Ave. #12** <br> **Charlottesville, VA 22903** | | | Trade claim | | | | 2,377.20 |
| ACCOUNT NO. <br> **Charlottesville Stone Co.** <br> **P.O. Box 8425** <br> **Roanoke, VA 24014** | | | Trade claim | | | | 79,067.28 |
| ACCOUNT NO. <br> **Charlottesville Truck Repair** <br> **1026 River Rd.** <br> **Charlottesville, VA 22901** | | | Services | | | | 819.29 |
| ACCOUNT NO. <br> **Cintas Corp** <br> **P.O. Box 630803** <br> **Cincinnati, OH 45263** | | | Trade claim | | | | 1,698.69 |
| ACCOUNT NO. <br> **Container Rentals** <br> **2820 Hydraulic Road Ste 1** <br> **Charlottesville, VA 22902** | | | Trade claim | | | | 4,527.61 |
| ACCOUNT NO. <br> **County Of Albemarle** <br> **401 McIntire Road** <br> **Charlottesville, VA 22902** | | | Business license | | | | 9,113.86 |
| ACCOUNT NO. <br> **Cummins Atlantic** <br> **P.O. Box 741295** <br> **Atlanta, GA 30384** | | | Trade claim | | | | 32.25 |

Sheet no. **2** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 97,636.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** __Parham Construction Company.__ _____    Case No. _____
_____Debtor(s)_____                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Deans Steel Erection Co.**<br>**P.O. Box 1164**<br>**Harrisonburg, VA  22801** | | | Trade claim | | | | 2,008.25 |
| ACCOUNT NO.<br><br>**Dominion Development Resources**<br>**72 South Pantops Drive**<br>**Charlottesville, VA  22911** | | | Services | | | | 8,381.99 |
| ACCOUNT NO.<br><br>**Eastern Supply Inc.**<br>**P.O. Box 1445**<br>**Winchester, VA  22603** | | | Trade claim | | | | 13,788.40 |
| ACCOUNT NO.<br><br>**Ericsons**<br>**300 W. Memorial Drive**<br>**Dallas, TX  30132** | | | Trade claim | | | | 7,750.00 |
| ACCOUNT NO.<br><br>**FCCI Insurance Group**<br>**P.O. Box 405563**<br>**Atlanta, GA  30384** | | | Insurance | | | | 4,413.20 |
| ACCOUNT NO.<br><br>**Ferguson Enterprises**<br>**505 Garrett St.**<br>**Charlottesville, VA  22902** | | | Trade claim | | | | 16,087.57 |
| ACCOUNT NO.<br><br>**Fisher Auto Parts**<br>**P.O. Box 2246**<br>**Staunton, VA  24401** | | | Trade claim | | | | 5,646.39 |

Sheet no. ___**3**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 58,075.80

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Parham Construction Company.     Case No. _____
          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Flameless Specialties** <br>**512 Broadway Drive** <br>**Charlottesville, VA  22901** | | | Trade claim | | | | 346.14 |
| ACCOUNT NO. <br><br>**Fleet Pride** <br>**P.O. Box 281811** <br>**Atlanta, GA  30384** | | | Trade claim | | | | 1,149.74 |
| ACCOUNT NO. <br><br>**Fortilone Waterworks** <br>**P.O. Box 538388** <br>**Atlanta, GA  30353** | | | Trade claim | | | | 96,919.03 |
| ACCOUNT NO. <br><br>**Froehling & Robertson** <br>**3015 Dumbarton Road** <br>**Richmond, VA  23228** | | | Trade claim | | | | 7,607.35 |
| ACCOUNT NO. <br><br>**Genuine Parts Co.** <br>**1240 Harris St.** <br>**Charlottesville, VA  22903** | | | Trade claim | | | | 4,012.07 |
| ACCOUNT NO. <br><br>**H & R Construction Parts** <br>**20 Milburn St.** <br>**Buffalo, NY  14212** | | | Trade claim | | | | 59.04 |
| ACCOUNT NO. <br><br>**Harry Wright's, Inc.** <br>**1320 E. Market St.** <br>**Charlottesville, VA  22902** | | | Trade claim | | | | 700.25 |

Sheet no.    **4** of    **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
               (Total of this page)    $ **110,793.62**

                             Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Parham Construction Company.**                              Case No. _____
_____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hawkins Graves, Inc.**<br>**P.O. Box 11675**<br>**Lynchburg, VA  24506** | | | **Trade claim** | | | | 12,935.11 |
| ACCOUNT NO.<br><br>**J & J Develpment**<br>**2529 Scottsville Road**<br>**Charlottesville, VA  22902** | | | **Rent** | | | | 25,000.00 |
| ACCOUNT NO.<br><br>**James River Lasers & Equipment**<br>**711 South Broad St.**<br>**Salem, VA  24153** | | | **Trade claim** | | | | 374.53 |
| ACCOUNT NO.<br><br>**Lenhart Pettit**<br>**P.O. Box 2057**<br>**Charlottesville, VA  22902** | | | **Legal fees** | | | | 7,221.40 |
| ACCOUNT NO.<br><br>**Louisa Auto Parts**<br>**P.O. Box 97**<br>**Louisa, VA  23093** | | | **Trade claim** | | | | 861.62 |
| ACCOUNT NO.<br><br>**Luck Stone Corp**<br>**P.O. Box 29682**<br>**Richmond, VA  23242** | | | **Trade claim** | | | | 39,545.03 |
| ACCOUNT NO.<br><br>**Makco, Inc.**<br>**P.O. Box 1007**<br>**Troy, VA  22974** | | | **Trade claim** | | | | 9,285.00 |

Sheet no. _____**5**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 95,222.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Parham Construction Company. _____   Case No. _____
                                                    Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Martin Hardware** <br> **941 Preston Ave** <br> **Charlottesville, VA  22903** | | | Purchases | | | | 4.51 |
| ACCOUNT NO. <br><br> **Martin Marietta** <br> **P.O. Box 75328** <br> **Charlotte, NC  28275** | | | Trade claim | | | | 8,307.98 |
| ACCOUNT NO. <br><br> **Massachusetts Mutual** <br> **P.O. Box 75459** <br> **Chicago, IL  60675** | | | Insurance | | | | 1,592.10 |
| ACCOUNT NO. <br><br> **Meridian Planning Group** <br> **1413 Sachem Place, Ste 1** <br> **Charlottesville, VA  22901** | | | Services | | | | 3,765.00 |
| ACCOUNT NO. <br><br> **Phillip Quillon** <br> **122 Azalea Dr** <br> **Charlottesville, VA  22903** | | | Trade claim | | | | 13,980.00 |
| ACCOUNT NO. <br><br> **Quality Tire Services** <br> **1766 Scottsville Road** <br> **Charlottesville, VA  22902** | | | Repairs | | | | 19,653.34 |
| ACCOUNT NO. <br><br> **Quality Welding** <br> **P.O. Box 6632** <br> **Charlottesville, VA  22906** | | | Services | | | | 1,298.59 |

Sheet no. ____**6**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  48,601.52

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Parham Construction Company. _____    Case No. _____
                                   Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Richards Group**<br>**4931 Boonsboro Rd**<br>**Lynchburg, VA  24503** | | | Trade claim | | | | 6,538.00 |
| ACCOUNT NO.<br>**Rish Equipment**<br>**P.O. Box 330**<br>**Bluefield, WV  24701** | | | Trade claim | | | | 474.45 |
| ACCOUNT NO.<br>**Roberts Oxygen**<br>**P.O. Box 5507**<br>**Rockville, MD  20855** | | | Supplies | | | | 471.79 |
| ACCOUNT NO.<br>**Ronald And Janet Parham**<br>**2529 Scottsville Road**<br>**Charlottesville, VA  22902** | | | Loans | | | | 666,407.00 |
| ACCOUNT NO.<br>**Roudabush, Gale & Assoc.**<br>**914 Monticello Rd**<br>**Charlottesville, VA  22902** | | | Services | | | | 3,646.25 |
| ACCOUNT NO.<br>**RSG Landscaping & Lawncare**<br>**P.O. Box 110**<br>**Concord, VA  24538** | | | Trade claim | | | | 61,270.00 |
| ACCOUNT NO.<br>**S. L. Williamson, Inc.**<br>**P.O. Box 648**<br>**Charlottesville, VA  22902** | | | Trade claim | | | | 112,474.88 |

Sheet no. ___**7**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **851,282.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Parham Construction Company.** _____  Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Service Proauto & Truck Repair** **1177 Fifth St., S.W.** **Charlottesville, VA  22902** | | | Repairs | | | | **462.72** |
| ACCOUNT NO. **Shenandoah Valley Landscaping** **194 Lee Hwy** **Verona, VA  24482** | | | Trade claim | | | | **192,320.00** |
| ACCOUNT NO. **Southern States Coop** **810 Harris St.** **Charlottesville, VA  22903** | | | Purchases | | | | **238.53** |
| ACCOUNT NO. **Staples** **P.O. Box 689020** **Des Moines, IA  50368** | | | Purchases | | | | **89.58** |
| ACCOUNT NO. **T & N Printing** **205 12th St., NE** **Charlottesville, VA  22902** | | | Services | | | | **1,401.81** |
| ACCOUNT NO. **Tiger Fuel Company** **P.O. Box 1607** **Charlottesville, VA  22902** | | | Purchases | | | | **336,765.25** |
| ACCOUNT NO. **Tri-State Utilities** **2111 Smith Ave.** **Chesapeake, VA  23320** | | | Services | | | | **21,340.00** |

Sheet no. ____**8**__ of ____**9**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **552,617.89**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Parham Construction Company. _____ Case No. _____
<span>Debtor(s)</span> <span>(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>United States Life Insurance<br>P.O. Box 35844<br>Dallas, TX 75235 | | | Insurance | | | | 2,200.00 |
| ACCOUNT NO.<br>Van Der Linde Recycling<br>2820 Hydraulic Rd<br>Charlottesville, VA 22901 | | | Fees | | | | 3,513.62 |
| ACCOUNT NO.<br>Wayne Oxygen<br>P.O. Box 1244<br>Waynesboro, VA 22980 | | | Services | | | | 150.22 |
| ACCOUNT NO.<br>WBS Precast<br>2001 Millwood Pike<br>Winchester, VA 22602 | | | Trade claim | | | | 77,133.24 |
| ACCOUNT NO.<br>Wilson Ready Mix<br>P.O. Box 1347<br>Harrisonburg, VA 22803 | | | Trade Claim | | | | 63,344.89 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **9** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **146,341.97**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,945,439.17**

<span>© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Parham Construction Company.**                                    Case No. _____
                                   Debtor(s)                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____
                                                                                                          Debtor

Date: _____          Signature: _____
                                                                                        (Joint Debtor, if any)
                                                                        **[If joint case, both spouses must sign.]**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Parham Construction Company.**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21**_____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June  3, 2015**_____          Signature: ***/s/ Ronald E. Parham***_____

                                                                        **Ronald E. Parham**_____
                                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Western District of Virginia

**IN RE:**                                                          Case No. _____

Parham Construction Company.                                        Chapter **11** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June  3, 2015** _____     Signature: **/s/ Ronald E. Parham** _____

                                                    **Ronald E. Parham, President**                    Debtor

Date: _____             Signature: _____

                                                                        Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ADD EQUIPMENT
P.O. BOX 612
GRETNA, VA   24557


ALLIED CONCRETE
P.O. BOX 1647
CHARLOTTESVILLE, VA   22902


ALLIED PORTABLE TOILETS
P.O. BOX 939
CROZET, VA   22932


AQUA AIR
627 DICE ST
CHARLOTTESVILLE, VA   22903


ASBESTCO INC.
P.O. BOX 367
PALMYRA, VA   22963


AUTO ZONE
P.O. BOX 791409
BALTIMORE, MD   21279


BETTER LIVING
P.O. BOX 7627
CHARLOTTESVILLE, VA   22906


BLAKELEY GREENHALGH
636 PARK ST.
CHARLOTTESVILLE, VA   22902


BOBBY PARHAM
2545 THOMAS JEFFERSON PKWY
CHARLOTTESVILLE, VA   22902

C. WILEY GRANDY, ESQ.
150 W. MAIN ST., STE. 1500
NORFOLK, VA   23510


CARTER MACHINERY
P.O. BOX 11801
CHARLOTTE, NC   28275


CENTRAL BATTERY SPECIALISTS
946 GRADY AVE. #12
CHARLOTTESVILLE, VA   22903


CHARLOTTESVILLE STONE CO.
P.O. BOX 8425
ROANOKE, VA   24014


CHARLOTTESVILLE TRUCK REPAIR
1026 RIVER RD.
CHARLOTTESVILLE, VA   22901


CINTAS CORP
P.O. BOX 630803
CINCINNATI, OH   45263


CONTAINER RENTALS
2820 HYDRAULIC ROAD STE 1
CHARLOTTESVILLE, VA   22902


COUNTY OF ALBEMARLE
401 MCINTIRE ROAD
CHARLOTTESVILLE, VA   22902


CUMMINS ATLANTIC
P.O. BOX 741295
ATLANTA, GA   30384

DEANS STEEL ERECTION CO.
P.O. BOX 1164
HARRISONBURG, VA   22801


DOMINION DEVELOPMENT RESOURCES
72 SOUTH PANTOPS DRIVE
CHARLOTTESVILLE, VA   22911


EASTERN SUPPLY INC.
P.O. BOX 1445
WINCHESTER, VA   22603


ERICSONS
300 W. MEMORIAL DRIVE
DALLAS, TX   30132


FCCI INSURANCE GROUP
P.O. BOX 405563
ATLANTA, GA   30384


FERGUSON ENTERPRISES
505 GARRETT ST.
CHARLOTTESVILLE, VA   22902


FISHER AUTO PARTS
P.O. BOX 2246
STAUNTON, VA   24401


FLAMELESS SPECIALTIES
512 BROADWAY DRIVE
CHARLOTTESVILLE, VA   22901


FLEET PRIDE
P.O. BOX 281811
ATLANTA, GA   30384

FORTILONE WATERWORKS
P.O. BOX 538388
ATLANTA, GA  30353


FROEHLING & ROBERTSON
3015 DUMBARTON ROAD
RICHMOND, VA  23228


GENUINE PARTS CO.
1240 HARRIS ST.
CHARLOTTESVILLE, VA  22903


H & R CONSTRUCTION PARTS
20 MILBURN ST.
BUFFALO, NY  14212


HARRY WRIGHT'S, INC.
1320 E. MARKET ST.
CHARLOTTESVILLE, VA  22902


HAWKINS GRAVES, INC.
P.O. BOX 11675
LYNCHBURG, VA  24506


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346


J & J DEVELPMENT
2529 SCOTTSVILLE ROAD
CHARLOTTESVILLE, VA  22902


JAMES RIVER LASERS & EQUIPMENT
711 SOUTH BROAD ST.
SALEM, VA  24153

LENHART PETTIT
P.O. BOX 2057
CHARLOTTESVILLE, VA  22902


LOUISA AUTO PARTS
P.O. BOX 97
LOUISA, VA  23093


LUCK STONE CORP
P.O. BOX 29682
RICHMOND, VA  23242


MAKCO, INC.
P.O. BOX 1007
TROY, VA  22974


MARTIN HARDWARE
941 PRESTON AVE
CHARLOTTESVILLE, VA  22903


MARTIN MARIETTA
P.O. BOX 75328
CHARLOTTE, NC  28275


MASSACHUSETTS MUTUAL
P.O. BOX 75459
CHICAGO, IL  60675


MERIDIAN PLANNING GROUP
1413 SACHEM PLACE, STE 1
CHARLOTTESVILLE, VA  22901


OLD DOMINION NATIONAL BANK
4916 PLANK  ROAD
NORTH GARDEN, VA  22959

PHILLIP QUILLON
122 AZALEA DR
CHARLOTTESVILLE, VA  22903


QUALITY TIRE SERVICES
1766 SCOTTSVILLE ROAD
CHARLOTTESVILLE, VA  22902


QUALITY WELDING
P.O. BOX 6632
CHARLOTTESVILLE, VA  22906


RICHARDS GROUP
4931 BOONSBORO RD
LYNCHBURG, VA  24503


RISH EQUIPMENT
P.O. BOX 330
BLUEFIELD, WV  24701


ROBERTS OXYGEN
P.O. BOX 5507
ROCKVILLE, MD  20855


RONALD AND JANET PARHAM
2529 SCOTTSVILLE ROAD
CHARLOTTESVILLE, VA  22902


ROUDABUSH, GALE & ASSOC.
914 MONTICELLO RD
CHARLOTTESVILLE, VA  22902


RSG LANDSCAPING & LAWNCARE
P.O. BOX 110
CONCORD, VA  24538

S. L. WILLIAMSON, INC.
P.O. BOX 648
CHARLOTTESVILLE, VA  22902


SERVICE PROAUTO & TRUCK REPAIR
1177 FIFTH ST., S.W.
CHARLOTTESVILLE, VA  22902


SHENANDOAH VALLEY LANDSCAPING
194 LEE HWY
VERONA, VA  24482


SOUTHERN STATES COOP
810 HARRIS ST.
CHARLOTTESVILLE, VA  22903


STAPLES
P.O. BOX 689020
DES MOINES, IA  50368


T & N PRINTING
205 12TH ST., NE
CHARLOTTESVILLE, VA  22902


TIGER FUEL COMPANY
P.O. BOX 1607
CHARLOTTESVILLE, VA  22902


TRI-STATE UTILITIES
2111 SMITH AVE.
CHESAPEAKE, VA  23320


UNITED STATES LIFE INSURANCE
P.O. BOX 35844
DALLAS, TX  75235

VAN DER LINDE RECYCLING
2820 HYDRAULIC RD
CHARLOTTESVILLE, VA  22901


VIRGINIA DEPARTMENT OF TAXATION
P.O. BOX 1880
RICHMOND, VA  23218


WAYNE OXYGEN
P.O. BOX 1244
WAYNESBORO, VA  22980


WBS PRECAST
2001 MILLWOOD PIKE
WINCHESTER, VA  22602


WILSON READY MIX
P.O. BOX 1347
HARRISONBURG, VA  22803