**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| In re: PARHAM CONSTRUCTION COMPANY | § | Case No. 15-61060 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

William Callahan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $11,000.00 | | Assets Exempt: N/A |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $2,022,284.55 | | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $342,493.10 | | |

3) Total gross receipts of $2,364,777.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,364,777.65 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,921,098.32 | $2,981,376.70 | $1,569,901.00 | $1,569,901.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $236,698.40 | $236,698.40 | $236,698.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $147,635.36 | $105,794.70 | $105,794.70 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $591,067.58 | $526,968.71 | $526,968.71 | $452,383.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,188,865.42 | $2,659,790.71 | $2,629,791.41 | $0.00 |
| **TOTAL DISBURSEMENTS** | $4,701,031.32 | $6,552,469.88 | $5,069,154.22 | $2,364,777.65 |

4) This case was originally filed under chapter 11 on 06/03/2015, and it was converted to chapter 7 on 10/02/2015.  The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    10/18/2018

By: /s/ William  Callahan

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trade receivables | 1121-000 | $44,222.00 |
| Recovery of Prepetition Transfers | 1241-000 | $102,774.45 |
| Equipment Rental | 1230-000 | $1,350.00 |
| TAX REFUND | 1224-000 | $1.00 |
| 2.02 acres, Greene County, VA - Tax assessment - $97,800. Listed for $75,000.00 | 1110-000 | $50,000.00 |
| DIP Operating Account | 1290-010 | $7,370.72 |
| 18 London Court - property taxes | 1290-000 | $198.28 |
| POLICY PAYMENT (per settlement agreement) | 1249-000 | $80,000.00 |
| Equipment and vehicles | 1129-000 | $1,614,500.00 |
| INTERESTS IN INSURANCE POLICIES | 1229-000 | $464,361.20 |
| **TOTAL GROSS RECEIPTS** | | **$2,364,777.65** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Dominion National Bank | 4210-000 | NA | $180,000.00 | $180,000.00 | $180,000.00 |
| 6-3S | Internal Revenue Service | 4300-000 | NA | $470,669.91 | $269,901.00 | $269,901.00 |
| 8 | Tiger Fuel Company | 4110-000 | NA | $359,426.36 | $0.00 | $0.00 |
| 15 | Tiger Fuel Company | 4110-000 | $336,765.25 | $359,426.36 | $0.00 | $0.00 |
| 35 | Old Dominion National Bank | 4110-000 | $1,584,333.07 | $1,611,854.07 | $1,120,000.00 | $1,120,000.00 |
| | **TOTAL SECURED** | | **$1,921,098.32** | **$2,981,376.70** | **$1,569,901.00** | **$1,569,901.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - William Callahan | 2100-000 | NA | $94,193.33 | $94,193.33 | $94,193.33 |
| Trustee, Expenses - Accel Process Service, Inc. | 2200-000 | NA | $300.00 | $300.00 | $300.00 |
| Trustee, Expenses - Harold L. Bare, Sr. | 2200-000 | NA | $250.00 | $250.00 | $250.00 |
| Trustee, Expenses - William Callahan | 2200-000 | NA | $946.04 | $946.04 | $946.04 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $712.00 | $712.00 | $712.00 |
| Fees, United States Trustee | 2950-000 | NA | $9,753.86 | $9,753.86 | $9,753.86 |
| Bond Payments - BOND | 2300-000 | NA | $283.42 | $283.42 | $283.42 |
| Bond Payments - Insurance Partners Agency, Inc. | 2300-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| Administrative Rent - J & J Development, LLC | 2410-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Administrative Rent - J & J Develpment | 2410-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| Costs to Secure/Maintain Property - Bryant's Handyman Services | 2420-000 | NA | $250.00 | $250.00 | $250.00 |
| Costs re Sale of Property - Court Square Title of Charlottesville, Inc | 2500-000 | NA | $2,571.32 | $2,571.32 | $2,571.32 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $9,065.24 | $9,065.24 | $9,065.24 |
| Attorney for Trustee Fees (Other Firm) - Hirschler Fleischer, P.C. | 3210-000 | NA | $88,150.50 | $88,150.50 | $88,150.50 |
| Attorney for Trustee Expenses (Other Firm)  - Hirschler Fleischer, P.C. | 3220-000 | NA | $3,358.31 | $3,358.31 | $3,358.31 |
| Accountant for Trustee Fees (Other Firm) - Carla R. Webb | 3410-000 | NA | $10,220.63 | $10,220.63 | $10,220.63 |
| Accountant for Trustee Expenses (Other Firm) - Carla R. Webb | 3420-000 | NA | $643.75 | $643.75 | $643.75 |
| Realtor for Trustee Fees (Real Estate Commissions) - Court Square Title of Charlottesville, Inc | 3510-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$236,698.40** | **$236,698.40** | **$236,698.40** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Income Taxes - Internal Revenue Service - Internal Revenue Service | 6810-000 | NA | $42,520.59 | $42,520.59 | $42,520.59 |
| Prior Chapter Other State or Local Taxes - Albemarle County | 6820-000 | NA | $41,997.95 | $157.29 | $157.29 |
| Other Prior Chapter Professional Expenses - Hirschler Fleischer, P.C. | 6710-000 | NA | $16,193.40 | $16,193.40 | $16,193.40 |
| Other Prior Chapter Professional Fees - Hirschler Fleischer, P.C. | 6700-000 | NA | $8,161.25 | $8,161.25 | $8,161.25 |
| Attorney for D-I-P Fees - Douglas E. Little, Esq. | 6210-160 | NA | $27,637.50 | $27,637.50 | $27,637.50 |
| Attorney for D-I-P Expenses - Douglas E. Little, Esq. | 6220-170 | NA | $121.03 | $121.03 | $121.03 |
| Prior Chapter Trustee Compensation  - William E. Callahan, Jr., Trustee | 6101-000 | NA | $10,375.10 | $10,375.10 | $10,375.10 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - William E. Callahan, Jr., Trustee | 6120-000 | NA | $628.54 | $628.54 | $628.54 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$147,635.36** | **$105,794.70** | **$105,794.70** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6-3P | Internal Revenue Service | 5800-000 | $591,067.58 | $404,452.58 | $404,452.58 | $347,207.89 |
| 7P | Commonwealth of VirginiaDepartment of Taxation | 5800-000 | NA | $24,685.35 | $24,685.35 | $21,191.48 |
| 27P | Albemarle County | 5800-000 | NA | $97,830.78 | $97,830.78 | $83,984.18 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$591,067.58** | **$526,968.71** | **$526,968.71** | **$452,383.55** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fleetcor Technologies | 7100-000 | NA | $11,675.62 | $11,675.62 | $0.00 |
| 2 | AutoZone, Inc. | 7100-000 | $222.76 | $494.72 | $494.72 | $0.00 |
| 3 | Container Rentals, LLC | 7100-000 | $4,527.61 | $4,527.61 | $4,527.61 | $0.00 |
| 4 | Van Der Linde Recycling | 7100-000 | $3,513.62 | $82.81 | $82.81 | $0.00 |
| 5-3 | Pantops Plaza, LLC c/o Paul S. Bliley, Jr. | 7100-000 | NA | $30,365.35 | $30,365.35 | $0.00 |
| 6-3U | Internal Revenue Service | 7300-000 | NA | $82,224.25 | $82,224.95 | $0.00 |
| 7U | Commonwealth of VirginiaDepartment of Taxation | 7300-000 | NA | $8,062.54 | $8,062.54 | $0.00 |
| 9 | Hawkins-Graves, Inc.c/o Paul J. Feinman Petty, Livingston, Dawson & Richards | 7100-000 | $12,935.11 | $79,876.03 | $79,876.03 | $0.00 |
| 10 | Allied Concrete | 7100-000 | $38,158.48 | $7,896.00 | $7,896.00 | $0.00 |
| 11 | Tri-State Utilities Co.c/o Benjamin A. Hubbard, Esq. | 7100-000 | $18,137.76 | $18,137.76 | $18,137.76 | $0.00 |
| 12 | Tri-State Utilities Co.c/o Benjamin A. Hubbard, Esq. | 7100-000 | $3,202.24 | $5,450.00 | $5,450.00 | $0.00 |
| 13 | United Rentals, Inc.Attn: Catina | 7100-000 | NA | $72.27 | $72.27 | $0.00 |
| 16-2 | Froehling & Robertson, Inc. Attn:  Rosalind Goswick | 7100-000 | $7,607.35 | $10,838.17 | $10,838.17 | $0.00 |
| 17 | Wilson Ready Mix, LLC c/o Grant A. Richardson, Esq | 7100-000 | $63,344.89 | $52,957.35 | $52,957.35 | $0.00 |

| 18 | Harry A. Wrights, Inc. | 7100-000 | $700.25 | $700.25 | $700.25 | $0.00 |
|---|---|---|---|---|---|---|
| 19 | The Cincinnati Insurance Co. C/O Amy Hacker | 7100-000 | NA | $38,347.00 | $38,347.00 | $0.00 |
| 20 | Allied Portable Toilets | 7100-000 | $1,977.12 | $3,183.13 | $3,183.13 | $0.00 |
| 21 | Fisher Auto Parts | 7100-000 | $5,646.39 | $5,759.31 | $5,759.31 | $0.00 |
| 22 | Meridian Planning Group | 7100-000 | $3,765.00 | $6,275.00 | $6,275.00 | $0.00 |
| 23 | S.L. Williamson Company, Inc. | 7100-000 | $112,474.88 | $91,152.79 | $91,152.79 | $0.00 |
| 24 | Virginia Employment Commission | 7100-000 | NA | $7,604.43 | $7,604.43 | $0.00 |
| 25 | Bobby Parham | 7100-000 | $91,000.00 | $90,000.00 | $90,000.00 | $0.00 |
| 26 | Lenhart Pettit | 7100-000 | $7,221.40 | $22,109.88 | $22,109.88 | $0.00 |
| 27S | Albemarle County | 7300-000 | $9,113.86 | $6,807.78 | $6,807.78 | $0.00 |
| 28 | Carter Machinery Company, Inc. c/o Crenshaw, Ware & Martin, P.L.C. | 7100-000 | $802,522.42 | $978,212.93 | $978,212.93 | $0.00 |
| 29 | Shenandoah Valley Landscaping, Inc. John D. Brooks, President | 7100-000 | $192,320.00 | $265,022.71 | $265,022.71 | $0.00 |
| 30 | Dominion Engineering & Design, LLC c/o Marshall M. Slayton Slayton Law, PLC | 7100-000 | NA | $14,395.97 | $14,395.97 | $0.00 |
| 31 | Ronald And Janet Parham | 7100-000 | $666,407.00 | $666,407.00 | $666,407.00 | $0.00 |
| 32 | J & J Develpment | 7100-000 | $25,000.00 | $30,000.00 | $0.00 | $0.00 |
| 33 | Charlottesville Stone Company | 7100-000 | $79,067.28 | $68,126.03 | $68,126.03 | $0.00 |
| 34 | Blakeley Greenhalgh | 7100-000 | $40,000.00 | $52,953.75 | $52,953.75 | $0.00 |
| 36 | United Rentals, Inc. Attn: Catina Bennett | 7200-000 | NA | $72.27 | $72.27 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | **$2,188,865.42** | **$2,659,790.71** | **$2,629,791.41** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.:   15-61060

Case Name:   PARHAM CONSTRUCTION COMPANY

For Period Ending:   10/18/2018

Trustee Name:   (660450) William Callahan

Date Filed (f) or Converted (c):   10/02/2015 (c)

§ 341(a) Meeting Date:   10/30/2015

Claims Bar Date:   02/02/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2.02 acres, Greene County, VA - Tax assessment - $97,800. Listed for $75,000.00<br>2.02 acres, Greene County, VA - Tax assessment - $97,800. Listed for $75,000.00 | 75,000.00 | 70,000.00 | | 50,000.00 | FA |
| 2 | Checking account<br>Checking account | 11,000.00 | 0.00 | | 0.00 | FA |
| 3 | Trade receivables<br>Trade receivables | 1,561,067.01 | 20,000.00 | | 44,222.00 | FA |
| 4 | Equipment and vehicles<br>Equipment and vehicles | 3,866,640.00 | 30,166.93 | | 1,614,500.00 | FA |
| 5 | DIP Operating Account (u) | 0.00 | 7,370.72 | | 7,370.72 | FA |
| 6 | Equipment Rental (u) | 0.00 | 1,350.00 | | 1,350.00 | FA |
| 7 | Recovery of Prepetition Transfers (u) | 0.00 | 59,196.58 | | 102,774.45 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES (u) | 0.00 | 150,000.00 | | 464,361.20 | FA |
| 9 | 18 London Court - property taxes (u)<br>Property tax credits per HUD-1 | 0.00 | 0.00 | | 198.28 | FA |
| 10 | TAX REFUND (u) | 0.00 | Unknown | | 1.00 | FA |
| 11 | POLICY PAYMENT (per settlement agreement) (u) | 0.00 | Unknown | | 80,000.00 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$5,513,707.01** | **$338,084.23** | | **$2,364,777.65** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**   15-61060

**Case Name:**   PARHAM CONSTRUCTION COMPANY

**For Period Ending:**   10/18/2018

**Trustee Name:**   (660450) William Callahan

**Date Filed (f) or Converted (c):**   10/02/2015 (c)

**§ 341(a) Meeting Date:**   10/30/2015

**Claims Bar Date:**   02/02/2016

**Major Activities Affecting Case Closing:**

Status of liquidation efforts:

4/20/18: Administration of assets completed.

3/16/18: Trustee completed settlement with insiders and awaiting approval by court.

1/28/18: Motion to sell insurance policy pending; negotiating resolution of claims against Ronnie & Janet Parham.

7/20/17: Trustee subpoenas being issued to obtain R. Parham medical records for sale of insurance policy; negotiations ongoing with Parhams re avoidable transfers.

3/31/17: Avoidable transfers recovery completed.

9/30/16: Asset #1 price reduced; trustee continues working on avoidable transfers and recovery of insurance policy proceeds.

1/20/16: Trustee completed liquidation of Asset #4 and has Asset #1 listed for sale. Trustee reviewing collectible AR (asset #3) and possible avoidable transfers.

April 2018:
- Status of liquidation efforts:  completed
-Status of adversary actions/appeals: None required
-Status of claims review/objections: Completed.
-Status of tax returns: In process.

**Initial Projected Date Of Final Report (TFR):**  04/30/2017          **Current Projected Date Of Final Report (TFR):**   06/18/2018 (Actual)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-61060 | | **Trustee Name:** | | William Callahan (660450) | |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY | | **Bank Name:** | | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2736 | | **Account #:** | | ******7300 Checking | |
| **For Period Ending:** | 10/18/2018 | | **Blanket Bond (per case limit):** | | $3,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/03/15 | {6} | Lane-Corman, A Joint Venture<br><br>90 Fieldstone Ct.<br>Cheshire, CT 06410 | Equipment rental | 1230-000 | 1,350.00 | | 1,350.00 |
| 11/03/15 | {5} | Parham Construction<br><br>Operating Account, 1766 Scottsville Road<br>Charlottesville, VA 22902 | DIP Operating Account - Chap 11 | 1290-010 | 7,370.72 | | 8,720.72 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.03 | 8,710.69 |
| 12/08/15 | {10} | Commonwealth of Virginia<br><br>Department of Taxation, PO Box 658<br>Richmond, VA 23218-0658 | 9/30/15 Withholding credit | 1224-000 | 1.00 | | 8,711.69 |
| 12/08/15 | {4} | Motleys Asset Disposition Group<br><br>Escrow Account, 3600 Deepwater Terminal Road<br>Richmond, VA 23234 | Per motion to sell order entered 11/20/15 | 1129-000 | 1,400,000.00 | | 1,408,711.69 |
| 12/11/15 | 101 | J & J Development, LLC | Monthly lease payment per court order entered 12/9/15 | 2410-000 | | 3,000.00 | 1,405,711.69 |
| 12/11/15 | 102 | Insurance Partners Agency, Inc.<br><br>26865 Center Ridge Road<br>Westlake, OH 44145 | Chapter 11 bond payment per court order entered 12/9/15 | 2300-000 | | 4,000.00 | 1,401,711.69 |
| 12/23/15 | 103 | Old Dominion National Bank<br><br>Attn: Jud Foster, 4916 Plank Road<br>North Garden, VA 22959 | Payment on lien on equipment sale proceeds per 11/20/15 order | 4110-000 | | 1,120,000.00 | 281,711.69 |
| 12/23/15 | 104 | J &  J Development, LLC<br><br>1766 Scottsville Rd<br>Charlottesville, VA 22902 | Rent for use of site per order entered 12/9/15<br>Voided on 12/23/2015 | 2410-000 | | 3,000.00 | 278,711.69 |
| 12/23/15 | 104 | J &  J Development, LLC<br><br>1766 Scottsville Rd<br>Charlottesville, VA 22902 | Rent for use of site per order entered 12/9/15<br>Voided: check issued on 12/23/2015 | 2410-000 | | -3,000.00 | 281,711.69 |
| 12/23/15 | 105 | J & J Development, LLC<br><br>1766 Scottville Rd.<br>Charlottesville, VA 22902 | Rent for use of site per order entered 12/9/15 | 2410-000 | | 3,000.00 | 278,711.69 |
| 12/24/15 | {3} | Cii Service of Charlottesville, Inc<br><br>603 Rivanna Avenue<br>Charlottesville, VA 22903 | Trade receivables | 1121-000 | 270.00 | | 278,981.69 |
| 12/24/15 | {3} | Fralin and Waldron, Inc<br><br>P.O. Box 100<br>Daleville, VA 24083 | Trade receivables | 1121-000 | 14,000.00 | | 292,981.69 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,379.63 | 291,602.06 |
| 01/29/16 | {4} | Motleys Asset Disposition Group | Per motion to sell order entered | 1129-000 | 214,500.00 | | 506,102.06 |

| | | | Page Subtotals: | | **$1,637,491.72** | **$1,131,389.66** | |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     *! - transaction has not been cleared*

# Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-61060 | |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY | |
| **Taxpayer ID #:** | **-***2736 | |
| **For Period Ending:** | 10/18/2018 | |

| | |
|---|---|
| **Trustee Name:** | William Callahan (660450) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 3600 Deepwater Terminal Road<br>Richmond, VA 23234 | 11/20/15 | | | | |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 404.37 | 505,697.69 |
| 02/05/16 | 106 | Old Dominion National Bank<br><br>Attn: Jud Foster, 4916 Plank Road<br>North Garden, VA 22959 | Payment on lien on equipment sale proceeds per 11/20/15 order Voided on 02/05/2016 | 4210-000 | | 180,000.00 | 325,697.69 |
| 02/05/16 | 106 | Old Dominion National Bank<br><br>Attn: Jud Foster, 4916 Plank Road<br>North Garden, VA 22959 | Payment on lien on equipment sale proceeds per 11/20/15 order Voided on: check issued on 02/05/2016 | 4210-000 | | -180,000.00 | 505,697.69 |
| 02/05/16 | 107 | Old Dominion National Bank<br><br>Attn: Jud Foster, 4916 Plank Road<br>North Garden, VA 22959 | Payment on lien on equipment sale proceeds per 11/20/15 order | 4210-000 | | 180,000.00 | 325,697.69 |
| 02/05/16 | 108 | Internal Revenue Service<br><br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Payment of secured portion of claim #6 per sale order entered 11/20/15 | 4300-000 | | 269,901.00 | 55,796.69 |
| 02/05/16 | 109 | J & J Development<br><br>2529 Scottsville Road<br>Charlottesville, VA 22902 | Final rent payment for use of site per order entered 12/9/15 Stopped on 02/24/2016 | 7100-000 | | 3,000.00 | 52,796.69 |
| 02/24/16 | 109 | J & J Development<br><br>2529 Scottsville Road<br>Charlottesville, VA 22902 | Final rent payment for use of site per order entered 12/9/15 Stopped: check issued on 02/05/2016 | 7100-000 | | -3,000.00 | 55,796.69 |
| 02/25/16 | 110 | J & J Development<br><br>2529 Scottsville Road<br>Charlottesville, VA 22902 | Final rent payment for use of site per order entered 12/9/15 | 2410-000 | | 3,000.00 | 52,796.69 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 403.68 | 52,393.01 |
| 03/16/16 | 111 | Insurance Partners Agency, Inc.<br><br>26865 Center Ridge Road<br>Westlake, OH 44145 | Bond #3792912 | 2300-000 | | 71.68 | 52,321.33 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.98 | 52,238.35 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.43 | 52,165.92 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.33 | 52,093.59 |
| 06/06/16 | {3} | Waco, Inc<br><br>5450 Lewis Rd, P.O. Box 829<br>Sandston, VA 23150 | Payment for work completed; invoice #20046637 | 1121-000 | 920.00 | | 53,013.59 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$920.00** | **$454,008.47** |

# Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 15-61060 | | Trustee Name: | | William Callahan (660450) | |
| Case Name: | PARHAM CONSTRUCTION COMPANY | | Bank Name: | | Rabobank, N.A. | |
| Taxpayer ID #: | **-***2736 | | Account #: | | ******7300 Checking | |
| For Period Ending: | 10/18/2018 | | Blanket Bond (per case limit): | | $3,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/16 | {3} | Ralph Law<br><br>8525 Mountain Valley Road<br>Axton, VA 24054 | Sale of 1986 John Deere 540E Dozer | 1121-000 | 2,000.00 | | 55,013.59 |
| 06/27/16 | {3} | Coleman-Adams Construction, Inc<br><br>P.O. Box 368<br>Forest, VA 24551 | Payment for work completed; invoice #20045984 | 1121-000 | 750.00 | | 55,763.59 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.39 | 55,678.20 |
| 07/06/16 | 112 | Harold L. Bare, Sr.<br><br>106 Vista Heights Drive<br>Ruckersville, VA 22968 | Mowing of R. Parham lot in Godalming subdivision | 2200-000 | | 250.00 | 55,428.20 |
| 07/14/16 | {3} | Michael & Son Services, Inc<br><br>5740 General Washington Dr.<br>Alexandria, VA 22312 | Trade Receivables | 1121-000 | 270.00 | | 55,698.20 |
| 07/20/16 | {3} | Allied Concrete Co<br><br>1000 Harris Street, P.O. Box 1647<br>Charlottesville, VA 22902 | Trade Receivables | 1121-000 | 25,762.00 | | 81,460.20 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.04 | 81,373.16 |
| 08/01/16 | {7} | Carter Machinery Company, Inc<br><br>P.O. Box 3096<br>Salem, VA 24153 | Per settlement order entered 7/22/16 | 1241-000 | 59,196.58 | | 140,569.74 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 210.47 | 140,359.27 |
| 09/22/16 | 113 | Hirschler Fleischer, P.C.<br><br>P.O. Box 500<br>Richmond, VA 23218-0500 | Compensation of Chapter 11 Committee Counsel per order entered 9/20/16 (80% of amount approved) | | | 18,818.40 | 121,540.87 |
| | | | Chapter 11 Committee Counsel<br><br>$15,361.75 | 6710-000 | | | 121,540.87 |
| | | | Chapter 11 Committee Counsel Expenses<br><br>$542.27 | 6710-000 | | | 121,540.87 |
| | | | Chapter 11 Creditor Committee Counsel Fees<br><br>$2,914.38 | 6700-000 | | | 121,540.87 |
| 09/22/16 | 114 | Hirschler Fleischer, P.C.<br><br>P.O. Box 500<br>Richmond, VA 23218-0500 | Expenses of Chapter 11 Committee Counsel per order entered 9/20/16 | | | 831.65 | 120,709.22 |
| | | | expenses of Chapter 11 Committee Counsel | 6710-000 | | | 120,709.22 |

Page Subtotals: **$87,978.58**  **$20,282.95**

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

## Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-61060 |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY |
| **Taxpayer ID #:** | **-***2736 |
| **For Period Ending:** | 10/18/2018 |

| | |
|---|---|
| **Trustee Name:** | William Callahan (660450) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $289.38 | | | | |
| | | | fees of Chapter 11 Committee Counsel per order entered 9/20/16 | 6700-000 | | | 120,709.22 |
| | | | $542.27 | | | | |
| 09/22/16 | 115 | Hirschler Fleischer, P.C. P.O. Box 500 Richmond, VA 23218-0500 | Compensation of Chapter 7 Trustee Counsel per order entered 9/20/16 (80% of amount approved) | 3210-000 | | 16,801.40 | 103,907.82 |
| 09/22/16 | 116 | Hirschler Fleischer, P.C. P.O. Box 500 Richmond, VA 23218-0500 | Expenses of Chapter 7 Trustee Counsel per order entered 9/20/16 | 3220-000 | | 1,680.65 | 102,227.17 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 195.86 | 102,031.31 |
| 10/24/16 | {3} | Crenshaw Construction Co PO Box 1805 Culpeper, VA 22701 | Accounts Receivable | 1121-000 | 250.00 | | 102,281.31 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.52 | 102,139.79 |
| 11/28/16 | {8} | MassMutual Financial Group 222 Central Park Ave, Suite 1100 Virginia Beach, VA 23462 | Turnover of insurance policy proceeds - Edward L. Smith Per court order entered 9/21/16 | 1229-000 | 34,168.20 | | 136,307.99 |
| 11/28/16 | {8} | MassMutual Financial Group 222 Central Park Ave, Suite 1100 Virginia Beach, VA 23462 | Turnover of insurance policy proceeds - Richard L. Trumbo Per court order entered 9/21/16 | 1229-000 | 14,205.95 | | 150,513.94 |
| 11/28/16 | {8} | MassMutual Financial Group 222 Central Park Ave, Suite 1100 Virginia Beach, VA 23462 | Turnover of insurance policy proceeds - John H. Whitecotton, Jr. Per court order entered 9/21/16 | 1229-000 | 11,000.00 | | 161,513.94 |
| 11/28/16 | {8} | MassMutual Financial Group 222 Central Park Ave, Suite 1100 Virginia Beach, VA 23462 | Turnover of insurance policy proceeds - Michael E. Duffy Per court order entered 9/21/16 | 1229-000 | 13,294.05 | | 174,807.99 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.76 | 174,648.23 |
| 12/06/16 | 117 | Clerk, US Bankruptcy Court Lynchburg Division, 1101 Court St., Room 166 Lynchburg, VA 24504 | Filing fee for AP 16-06052 DN 178 | 2700-000 | | 350.00 | 174,298.23 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 250.28 | 174,047.95 |
| 01/09/17 | {7} | Wilson Ready Mix, LLC | Per court order entered 1/9/17 | 1241-000 | 7,949.87 | | 181,997.82 |
| | | | **Page Subtotals:** | | **$80,868.07** | **$19,579.47** | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                                          ! - transaction has not been cleared

## Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-61060 | | **Trustee Name:** | | William Callahan (660450) | |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY | | **Bank Name:** | | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2736 | | **Account #:** | | ******7300 Checking | |
| **For Period Ending:** | 10/18/2018 | | **Blanket Bond (per case limit):** | | $3,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | P.O. Box 1347 Harrisonburg, VA 22803-1347 | | | | | |
| 01/11/17 | {7} | S L Williamson Company, Inc P.O. Box 648 Charlottesville, VA 22901 | Per court order entered 1/9/17 | 1241-000 | 6,500.00 | | 188,497.82 |
| 01/30/17 | {7} | Froehling & Robertson, Inc 3015 Dumbarton Rd Richmond, VA 23228 | Per court order entered 1/9/17 | 1241-000 | 4,000.00 | | 192,497.82 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 280.91 | 192,216.91 |
| 02/01/17 | {7} | Winchester Building Supply Co, Inc 2001 Millwood Pike Winchester, VA 22602 | Per court order entered 1/9/17 | 1241-000 | 7,228.00 | | 199,444.91 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 266.86 | 199,178.05 |
| 03/20/17 | {7} | Tiger Fuel Company P.O. Box 1607 Charlottesville, VA 22902-4129 | Per court order entered 3/2/17 | 1241-000 | 11,500.00 | | 210,678.05 |
| 03/21/17 | {7} | Ferguson 13785 Warwick Blvd. Newport News, VA 23602 | Settlement received per court order entered 3/15/17 | 1241-000 | 6,400.00 | | 217,078.05 |
| 03/22/17 | 118 | Insurance Partners Agency, Inc. 26865 Center Ridge Road Westlake, OH 44145 | Blanket Bond #3792912 03/01/17-03/01/18 Voided on 03/22/2017 | 2300-000 | | 0.90 | 217,077.15 |
| 03/22/17 | 118 | Insurance Partners Agency, Inc. 26865 Center Ridge Road Westlake, OH 44145 | Blanket Bond #3792912 03/01/17-03/01/18 Voided: check issued on 03/22/2017 | 2300-000 | | -0.90 | 217,078.05 |
| 03/22/17 | 119 | Insurance Partners Agency, Inc. 26865 Center Ridge Road Westlake, OH 44145 | Blanket Bond #3792912 03/01/17-03/01-18 | 2300-000 | | 85.00 | 216,993.05 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 304.30 | 216,688.75 |
| 04/26/17 | 120 | Clerk, US Bankruptcy Court Lynchburg Division, 1101 Court St., Room 166 Lynchburg, VA 24504 | Filing Fee for Motion to Sell; DN 190 | 2700-000 | | 181.00 | 216,507.75 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 290.89 | 216,216.86 |
| 05/02/17 | 121 | Clerk, US Bankruptcy Court Lynchburg Division, 1101 Court St., Room 166 | Filing Fee for Motion to Sell; DN 192, 196 | 2700-000 | | 181.00 | 216,035.86 |

Page Subtotals: **$35,628.00**  **$1,589.96**

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page:  6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-61060 | |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY | |
| **Taxpayer ID #:** | **-***2736 | |
| **For Period Ending:** | 10/18/2018 | |

| | |
|---|---|
| **Trustee Name:** | William Callahan (660450) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Lynchburg, VA 24504 | | | | | |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 341.96 | 215,693.90 |
| 06/05/17 | 122 | Bryant's Handyman Services  2866 Scottsville Rd. Charlottesville, VA 22902 | Bushhog and mow 2+ acre lot at 18 London Ct. Invoice # [100] | 2420-000 | | 250.00 | 215,443.90 |
| 06/08/17 | | Court Square Title of Charlottesville, Inc  Escrow Account, 338 West Rio Road Charlottesville, VA 22901 | Net proceeds of sale of real property per order entered 5/17/17 | | 44,626.96 | | 260,070.86 |
| | {1} | Court Square Title of Charlottesville | Gross proceeds of sale of real property  $50,000.00 | 1110-000 | | | 260,070.86 |
| | {9} | Court Square Title of Charlottesville, Inc. | County taxes 6/5/17 to 7/1/17  $54.44 | 1290-000 | | | 260,070.86 |
| | {9} | Court Square Title of Charlottesville, Inc. | Assessments 6/5/17 to 1/1/18  $143.84 | 1290-000 | | | 260,070.86 |
| | | | Realtor commission  -$2,500.00 | 3510-000 | | | 260,070.86 |
| | | | Grantor's tax on deed  -$98.00 | 2500-000 | | | 260,070.86 |
| | | | Greene Co. real estate taxes  -$2,223.32 | 2500-000 | | | 260,070.86 |
| | | | 2017 HOA Fees  -$250.00 | 2500-000 | | | 260,070.86 |
| | | | Deposit retained by broker  -$500.00 | 3510-000 | | | 260,070.86 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 354.92 | 259,715.94 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 361.11 | 259,354.83 |
| 08/22/17 | 123 | Accel Process Service, Inc.  10485 Hazel Street Largo, FL 33778 | Invoice #DAT-2017002354 Case No. 15-61060 | 2200-000 | | 100.00 | 259,254.83 |
| 08/22/17 | 124 | Accel Process Service, Inc.  10485 Hazel Street Largo, FL 33778 | Invoice #DAT-2017002355 and #DAT-2017002356 Case No. 15-61060 | 2200-000 | | 200.00 | 259,054.83 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 410.38 | 258,644.45 |

|  |  |  |
|---|---|---|
| **Page Subtotals:** | **$44,626.96** | **$2,018.37** |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page:   7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-61060 |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY |
| **Taxpayer ID #:** | **-***2736 |
| **For Period Ending:** | 10/18/2018 |

| | |
|---|---|
| **Trustee Name:** | William Callahan (660450) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 359.62 | 258,284.83 |
| 10/18/17 | 125 | Hirschler Fleischer, P.C. P.O. Box 500 Richmond, VA 23218-0500 | Compensation of Chapter 7 Trustee Counsel Fees and expenses per order entered 9/20/17 | | | 27,007.99 | 231,276.84 |
| | | | Compensation of Chapter 7 Trustee Counsel per order entered 9/20/16 (80% of amount approved) $25,845.75 | 3210-000 | | | 231,276.84 |
| | | | $1,162.24 | 3220-000 | | | 231,276.84 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 385.91 | 230,890.93 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 332.10 | 230,558.83 |
| 12/12/17 | 126 | Hirschler Fleischer, P.C. P.O. Box 500 Richmond, VA 23218-0500 | Balance of compensation to Chapter 7 Trustee Counsel per order entered 9/20/17 | 3210-000 | | 8,615.25 | 221,943.58 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 314.78 | 221,628.80 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 350.65 | 221,278.15 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 297.05 | 220,981.10 |
| 03/20/18 | 127 | Insurance Partners Agency, Inc. 26865 Center Ridge Road Westlake, OH 44145 | Blanket Bond Policy #3792912 3/1/18-3/1/19 | 2300-000 | | 126.74 | 220,854.36 |
| 03/29/18 | 128 | Hirschler Fleischer, P.C. P.O. Box 500 Richmond, VA 23218-0500 | Approved fees and expenses of Chapter 7 Trustee's Counsel per order entered 3-23-18 DE 250 (3rd application) | | | 13,793.27 | 207,061.09 |
| | | | Approved fees of Chapter 7 Trustee's Counsel per order entered 3-23-18 DE 250 (3rd application) $13,384.00 | 3210-000 | | | 207,061.09 |
| | | | Approved expenses of Chapter 7 Trustee's Counsel per order entered 3-23-18 DE 250 (3rd application) $409.27 | 3220-000 | | | 207,061.09 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 317.84 | 206,743.25 |

| | | | | Page Subtotals: | $0.00 | $51,901.20 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-61060 | | | **Trustee Name:** | William Callahan (660450) | |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2736 | | | **Account #:** | ******7300 Checking | |
| **For Period Ending:** | 10/18/2018 | | | **Blanket Bond (per case limit):** | $3,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/16/18 | {8} | Douglas E Little Attorney at Law, Trust Account, P.O. Box 254, Charlottesville, VA 22902 | Per settlement order entered 4/9/18 | 1229-000 | 391,693.00 | | 598,436.25 |
| 04/16/18 | {11} | Janet K Parham, 2501 Thomas Jefferson Pkwy, Charlottesville, VA 22902-7421 | Per settlement order entered 4/9/18 | 1249-000 | 80,000.00 | | 678,436.25 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 540.19 | 677,896.06 |
| 06/19/18 | 129 | United States Treasury, Department of the Treasury, Cincinnati, OH 45999-0148 | Form 1041 2017 Income Taxes EIN 30-6587090 Voided on 06/19/2018 | 2810-000 | | 8,725.00 | 669,171.06 |
| 06/19/18 | 129 | United States Treasury, Department of the Treasury, Cincinnati, OH 45999-0148 | Form 1041 2017 Income Taxes EIN 30-6587090 Voided: check issued on 06/19/2018 | 2810-000 | | -8,725.00 | 677,896.06 |
| 06/19/18 | 130 | Virginia Department of Taxation, Legal Unit, P.O. Box 2156, Richmond, VA 23218-2156 | Form 770 2017 Taxes EIN 30-6587090 Voided on 06/19/2018 | 2820-000 | | 5,314.00 | 672,582.06 |
| 06/19/18 | 130 | Virginia Department of Taxation, Legal Unit, P.O. Box 2156, Richmond, VA 23218-2156 | Form 770 2017 Taxes EIN 30-6587090 Voided: check issued on 06/19/2018 | 2820-000 | | -5,314.00 | 677,896.06 |
| 08/03/18 | 131 | Hirschler Fleischer, P.C., P.O. Box 500, Richmond, VA 23218-0500 | Distribution payment - Dividend paid at 100.00% of $106.15; Claim # A-10; Filed: $106.15 | 3220-000 | | 106.15 | 677,789.91 |
| 08/03/18 | 132 | Carla R. Webb, P.O. Box 307, Mount Jackson, VA 22842 | Distribution payment - Dividend paid at 100.00% of $10,220.63; Claim # A-11; Filed: $10,220.63 | 3410-000 | | 10,220.63 | 667,569.28 |
| 08/03/18 | 133 | Carla R. Webb, P.O. Box 307, Mount Jackson, VA 22842 | Distribution payment - Dividend paid at 100.00% of $643.75; Claim # A-12; Filed: $643.75 | 3420-000 | | 643.75 | 666,925.53 |
| 08/03/18 | 134 | Hirschler Fleischer, P.C., P.O. Box 500, Richmond, VA 23218-0500 | Distribution payment - Dividend paid at 20.00% of $21,001.75; Claim # A-3; Filed: $21,001.75 | 3210-000 | | 4,200.35 | 662,725.18 |
| 08/03/18 | 135 | Hirschler Fleischer, P.C., P.O. Box 500, Richmond, VA 23218-0500 | Distribution payment - Dividend paid at 20.00% of $43,076.25; Claim # A-5; Filed: $43,076.25 | 3210-000 | | 8,615.25 | 654,109.93 |
| 08/03/18 | 136 | Hirschler Fleischer, P.C. | Distribution payment - Dividend | 3210-000 | | 3,346.00 | 650,763.93 |

Page Subtotals: **$471,693.00**  **$27,672.32**

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

Exhibit 9
Page:  9

## Cash Receipts And Disbursements Record

| Case No.: | 15-61060 | Trustee Name: | William Callahan (660450) |
|---|---|---|---|
| Case Name: | PARHAM CONSTRUCTION COMPANY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2736 | Account #: | ******7300 Checking |
| For Period Ending: | 10/18/2018 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | P.O. Box 500 Richmond, VA 23218-0500 | paid at 20.00% of $16,730.00; Claim # A-7; Filed: $16,730.00 | | | | |
| 08/03/18 | 137 | Hirschler Fleischer, P.C. P.O. Box 500 Richmond, VA 23218-0500 | Distribution payment - Dividend paid at 100.00% of $7,342.50; Claim # A-9; Filed: $7,342.50 | 3210-000 | | 7,342.50 | 643,421.43 |
| 08/03/18 | 138 | William Callahan 10 S. Jefferson Street, Suite 1800 Roanoke, VA 24011 | Combined trustee compensation & expense dividend payments. | | | 95,139.37 | 548,282.06 |
| | | | Claims Distribution - Fri, 06-15-2018 $94,193.33 | 2100-000 | | | 548,282.06 |
| | | | Claims Distribution - Fri, 06-15-2018 $946.04 | 2200-000 | | | 548,282.06 |
| 08/03/18 | 139 | United States Trustee 210 First Street SW #505 Roanoke, VA 24011 | Distribution payment - Dividend paid at 100.00% of $9,753.86; Claim # 37; Filed: $9,753.86 | 2950-000 | | 9,753.86 | 538,528.20 |
| 08/03/18 | 140 | Hirschler Fleischer, P.C. P.O. Box 500 Richmond, VA 23218-0500 | Distribution payment - Dividend paid at 57.65% of $8,161.25; Claim # A11-3; Filed: $8,161.25 | 6700-000 | | 4,704.60 | 533,823.60 |
| 08/03/18 | 141 | Douglas E. Little, Esq. 710 East High St., P.O. Box 254 Charlottesville, VA 22902 | Distribution payment - Dividend paid at 100.00% of $27,637.50; Claim # A11-5; Filed: $27,637.50 | 6210-160 | | 27,637.50 | 506,186.10 |
| 08/03/18 | 142 | Douglas E. Little, Esq. 710 East High St., P.O. Box 254 Charlottesville, VA 22902 | Distribution payment - Dividend paid at 100.00% of $121.03; Claim # A11-6; Filed: $121.03 | 6220-170 | | 121.03 | 506,065.07 |
| 08/03/18 | 143 | William E. Callahan, Jr., Trustee LeClairRyan, PC, 1800 Wells Fargo Tower, Drawer 1200 Roanke, VA 24006 | Distribution payment - Dividend paid at 100.00% of $10,375.10; Claim # A11-7; Filed: $10,375.10 | 6101-000 | | 10,375.10 | 495,689.97 |
| 08/03/18 | 144 | William E. Callahan, Jr., Trustee LeClairRyan, PC, 1800 Wells Fargo Tower, Drawer 1200 Roanke, VA 24006 | Distribution payment - Dividend paid at 100.00% of $628.54; Claim # A11-8; Filed: $628.54 | 6120-000 | | 628.54 | 495,061.43 |
| 08/03/18 | 145 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Distribution payment - Dividend paid at 100.00% of $42,520.59; Claim # 14; Filed: $42,520.59 | 6810-000 | | 42,520.59 | 452,540.84 |

| | | | | Page Subtotals: | $0.00 | $198,223.09 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page:   10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-61060 |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY |
| **Taxpayer ID #:** | **-***2736 |
| **For Period Ending:** | 10/18/2018 |

| | |
|---|---|
| **Trustee Name:** | William Callahan (660450) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/18 | 146 | Albemarle County<br><br>401 McIntire Rd<br>Charlottesville, VA 22902 | Distribution payment - Dividend paid at 100.00% of $157.29; Claim # 27; Filed: $41,997.95 | 6820-000 | | 157.29 | 452,383.55 |
| 08/03/18 | 147 | Internal Revenue Service<br><br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Distribution payment - Dividend paid at 85.85% of $404,452.58; Claim # 6-3P; Filed: $404,452.58 | 5800-000 | | 347,207.89 | 105,175.66 |
| 08/03/18 | 148 | Commonwealth of VirginiaDepartment of Taxation<br><br>PO BOX 2156<br>Richmond, VA 23218 | Distribution payment - Dividend paid at 85.85% of $24,685.35; Claim # 7P; Filed: $24,685.35 | 5800-000 | | 21,191.48 | 83,984.18 |
| 08/03/18 | 149 | Albemarle County<br><br>401 McIntire Rd<br>Charlottesville, VA 22902 | Distribution payment - Dividend paid at 85.85% of $97,830.78; Claim # 27P; Filed: $97,830.78 | 5800-000 | | 83,984.18 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | **2,359,206.33** | **2,359,206.33** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **2,359,206.33** | **2,359,206.33** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,359,206.33** | **$2,359,206.33** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   11

| | |
|---|---|
| **Case No.:** | 15-61060 |
| **Case Name:** | PARHAM CONSTRUCTION COMPANY |
| **Taxpayer ID #:** | **-***2736 |
| **For Period Ending:** | 10/18/2018 |

| | |
|---|---|
| **Trustee Name:** | William Callahan (660450) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $2,359,206.33 |
| Plus Gross Adjustments: | $5,571.32 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,364,777.65 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7300 Checking | $2,359,206.33 | $2,359,206.33 | $0.00 |
| | **$2,359,206.33** | **$2,359,206.33** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)